Marion C. Kelly
WADE KELLEY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 561-7743
Fax:  (907) 562-8977

*Attorneys for Plaintiff Morris Johnson, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| MORRIS JOHNSON, JR.<br><br>    Plaintiff,<br>v.<br><br>COLUMBIA PROPERTIES ANCHORAGE, L.P.<br><br>    Defendant. | Case No. 03:03-cv-00054-RRB |

### SATISFACTION OF JUDGMENT

WHEREAS, on June 7, 2004, a judgment in the above-entitled action was recovered by Plaintiff Morris Johnson, Jr. against Defendant Columbia Properties Anchorage, LP in the amount of $9,594.00 with interest at the rate of 1.929% per annum from the date of the judgment until paid in full;

WHEREAS, on June 29, 2004, a cost award in the above-entitled action was recovered by Defendant Columbia Properties Anchorage, LP, against Plaintiff Morris Johnson, Jr. in the amount of $1,469.00, with interest at the rate of 1.92% per annum from the date of the cost award until paid in full;

WHEREAS, the net judgment for Plaintiff Morris Johnson, Jr. and interest thereon at the foregoing rate as of November 1, 2006, is $8,500.45.

WHEREAS, said judgment has been fully paid to Plaintiff Morris Johnson, Jr.

NOW, THEREFORE, satisfaction of said judgment is hereby acknowledged and the Clerk of Court is hereby directed to cancel and discharge the same.

DATED at Anchorage, Alaska this 1st day of November 2006.

    s/Marion C. Kelly
Marion C. Kelly
WADE KELLEY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 561-7743
Fax:  (907) 562-8977
Alaska Bar No. 9711064

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November 2006, I caused a true and correct copy of the foregoing document to be served

by **Electronic Mail** on:

   Douglas J. Serdahely, Esq.
   PATTON BOGGS LLP
   Email:  dserdahely@pattonboggs.com

By:    / Maribel Webber
      Legal Secretary/Assistant